**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**IAN DAWES,**

                 **Petitioner,**

     **v.**                                           **9:12-CV-0718 (NAM/DEP)**

**S. E. RACETTE, Superintendent,**
**Great Meadow Correctional Facility,**

                 **Respondent.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| IAN DAWES<br>88-B-0326<br>Green Haven Correctional Facility<br>P.O. Box 4000<br>Stormville, NY 12582<br>Petitioner, *pro se* | |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the<br>State of New York<br>The Capitol<br>Albany, NY 12224<br>Attorney for Respondent | THOMAS B. LITSKY, ESQ.<br>Assistant Attorney General |

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 22nd day of October 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The petition in this matter is denied in all respects. Pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability will be issued with respect to any of Petitioner's claims.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 14, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge